**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROBERT and DEBRA GLIBOWSKI,

      Plaintiffs,

    v.                                         NO. CIV 09-1039 MCA/RLP

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT,

      Defendant.

**UNOPPOSED MOTION TO SEAL ADMINISTRATIVE RECORD**

    Defendant United States Office of Personnel Management hereby moves this Court for permission to lodge the administrative record under permanent seal for the following reasons:

    1.    The administrative record is voluminous, over 2,600 pages, and contains sensitive personal and health related information throughout the record.

    2.    Redacting the record would obscure a large portion of the record from the Court's view that is pertinent to the issues at bar.

    3.    Plaintiffs concur with this motion.

    Accordingly, the United States requests permission to lodge the administrative record in the above-referenced case under permanent seal.

        Respectfully submitted,

        KENNETH J. GONZALES
        United States Attorney

        *Filed electronically January 4, 2011*
        MICHAEL H. HOSES
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, NM 87103
        Phone: (505) 346-7274
        Fax: (505) 346-7205
        Email: michael.hoses@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 4, 2011, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    William A. L'Esperance: bclesperance@wwdb.org

        */s/ Michael H. Hoses*
        MICHAEL H. HOSES
        Assistant United States Attorney