IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT and DEBRA GLIBOWSKI,

    Plaintiffs,

    v.                        NO. CIV 09-1039 MCA/RLP

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT,

    Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record (Doc. 14), it being stated that opposing counsel concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed.

                                              M. CHRISTINA ARMIJO
                                              United States District Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 1/4/11*
MICHAEL H. HOSES
Assistant United States Attorney
Attorney for Defendant

*Telephonic Approval Received 1/4/11*
WILLIAM A. L'ESPERANCE
Attorney for Plaintiffs