IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT and DEBRA GLIBOWSKI,

      Plaintiffs,

v.                                                    NO. CIV 09-1039 MCA/RLP

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT,

      Defendant.

## BRIEFING SCHEDULE ORDER

**THIS MATTER** having come before the Court during a status conference held on February 3, 2011, the Court having heard from counsel and otherwise being fully advised FINDS that a briefing schedule shall be set as follows:

1. Plaintiff shall file her opening brief to the Court no later than March 18, 2011.

2. Defendant shall file its responsive brief no later than April 21, 2011.

3. The Plaintiff shall submit her reply brief, if any, by May 6, 2011.

**IT IS SO ORDERED.**

                                                                  Richard L. Puglisi
                                                          Chief United States Magistrate Judge